*(filed at 2:12 P.M.) retained*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) C.A. No. 14-10002-NMG <br> ROBERT DEFRONZO ) <br> ) | |

**(EMERGENCY MOTION FOR HEARING & TRANSPORT TOMORROW)**

**EMERGENCY MOTION FOR IMMEDIATE HEARING ON OCTOBER 11, 2017, ON STATUS OF 2255 PETITION AND FOR PRELIMINARY INJUNCTION PERMITTING THE DEFENDANT TO BE BROUGHT BEFORE THE COURT RELEASED TEMPORARILY TO ATTEND FUNERAL.**

NOW COMES the Defendant, Robert Defronzo, through counsel, and hereby moves this Honorable Court to schedule a hearing for tomorrow October 11, 2017, and for the Defendant to be brought before the Court on said date and released for a temporary period to attend his father's funeral. In support thereof, counsel states the following:

1. The Defendant currently has an unresolved 2255 Petition pending before the Court for which a hearing has not been scheduled.

2. On Sunday October 8, 2017, the Defendant's father passed away and services have been scheduled for October 11, 2017, at 11:00 AM at St. Rafael's in Medford, MA. (See Exhibit 1, attached hereto).

3. Yesterday was a federal holiday.

*Not having afforded the Court sufficient time to convene a hearing or to address the substantial issues presented, motion denied as moot. /s/ NMGordon, USDJ 10/11/17 (10:00 AM)*